IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.L., a Minor, by and through his next friends JOYCE and MICHAEL LINDSEY, and JOYCE and MICHAEL LINDSEY, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE'S SUMMIT R-7 SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 11-1019-CV-W-HFS |

**ORDER**

Plaintiffs have filed a motion for appointment of next friend. The motion states that plaintiffs Joyce Lindsey and Michael Lindsey are the natural parents of the minor, S.L., and requests that they be appointed as his next friends. The motion is reasonable and will be granted. Accordingly, it is hereby

ORDERED that plaintiffs' motion for appointment of next friend (ECF doc. 6) is GRANTED. Joyce Lindsey and Michael Lindsey are hereby appointed as next friends of minor S.L. for purposes of these proceedings.

                                        /s/ Howard F. Sachs
                                        HOWARD F. SACHS
                                        UNITED STATES DISTRICT JUDGE

June  13 , 2012

Kansas City, Missouri