IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.L., a Minor, by and through his next friends JOYCE and MICHAEL LINDSEY, and JOYCE and MICHAEL LINDSEY, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>LEE'S SUMMIT R-7 SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 11-1019-CV-W-HFS |

**ORDER**

A review of this file indicates there are two separate substantive issues pending: plaintiffs seek a preliminary injunction governing future education for the child, beginning at least by the start of the school year in August; and, defendant has filed a motion to dismiss claims for past violations of the educational rights of the child. The initial question would seem to be the child's status as a current responsibility of defendant or one who has been withdrawn from the school system by his parents. If there is current responsibility the more traditional points regarding preliminary injunction need to be covered.

It is therefore ORDERED that counsel be consulted to determine the earliest feasible agreed date for a preliminary injunction hearing. It is further ORDERED that at any scheduled hearing the court will entertain argument regarding the motion to dismiss.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June  13 , 2012

Kansas City, Missouri

2

Case 4:11-cv-01019-HFS   Document 32   Filed 06/13/12   Page 2 of 2