IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

S.L., a Minor, by and through his next )
friends JOYCE and MICHAEL LINDSEY, )
and JOYCE and MICHAEL LINDSEY, )
individually, )
 )
    Plaintiffs, )
 )
v. ) Case No. 11-1019-CV-W-HFS
 )
LEE'S SUMMIT R-7 SCHOOL DISTRICT,)
 )
    Defendant. )

**ORDER**

    Defendant advises by sur-reply that the subject matter of the scheduled preliminary injunction hearing has become moot, because the child has been re-enrolled and the school district has accepted the application for home-bound services. Plaintiff's counsel informally confirms the issue has become moot, at least at this time.

    Both parties continue to express interest in argument of legal motions, and plaintiff's counsel refers to the possibility of calling witnesses. I am also informally advised that there may be a request for filing an amended complaint.

    Oral argument would not be useful at this time. If I perceive the need for argument I will reschedule it.

The hearing and argument scheduled for August 13 is hereby CANCELLED.

    /s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

August _6__, 2012

Kansas City, Missouri